UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Madeline Cox Arleo |
| : | |
| v. : | Crim. No. 14-220 |
| : | |
| COREY HAMLET et al. : | **Declaration of Special Agent** |
| : | **Brian Crowe** |

Special Agent Brian Crowe declares under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the following is true and correct:

1. I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA"). I have been employed by the DEA for more than 16 years. I am currently assigned to the DEA New Jersey Division Group 5 Task Force 1. As a Special Agent, I am responsible for enforcing the narcotics laws of the United States.

2. I have personal knowledge of the criminal investigation of Lateef Grimsley, a/k/a "Bird" ("Grimsley").

3. On November 12, 2013, I was present at the search of a heroin mill, located in the third-floor apartment of a building at 707 Broadway, in Newark, New Jersey ("707 Broadway").

4. On or about a week before November 12, 2013, a confidential source ("CS-1") working with the DEA provided information that Grimsley was operating a heroin mill out of 707 Broadway.

5. CS-1 was a reliable informant who had provided information to the DEA in at least one other investigation, which the DEA had corroborated with independent evidence.

6. At the time that CS-1 provided the information related to 707

Broadway, CS-1 had convictions for simple assault, at least six convictions for distribution of narcotics, and resisting arrest. Following the search of 707 Broadway, CS-1 sustained two convictions for distribution of narcotics.

7. On November 12, 2013, the DEA conducted surveillance in the area of 707 Broadway and observed several individuals going to 707 Broadway. The DEA observed a minivan that returned to 707 Broadway multiple times to drop off some of those individuals.

8. After Grimsley was detained, law enforcement officers asked him who was inside 707 Broadway. He said he did not know.

9. I was a member of the team that conducted a protective sweep of 707 Broadway. We entered 707 Broadway after individuals began to jump out of the rear window and one of those individuals drove a car into a occupied police vehicle, attempting to flee.

I, Brian Crowe, certify under penalty of perjury that the forgoing is true and correct.

_____
Brian Crowe, Special Agent
U.S. Drug Enforcement Administration